RECEIVED
APR 25 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | CR. 18-175(PGS) |
| v. | : | ORDER |
| Bacho-Cruz, Marcelo Ramon | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 25th, day of April 2018,

O R D E R E D that Federal Public Defender Alison Brill, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender